# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-1 | 9268268 | VARGAS | 7552 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense Charged □ CFR □ USC □ State Code |
|---|---|
| 01-02-2021 0258 | 18 USC § 113 (a)(5) |

Place of Offense: 12 JENKINS CT OCEANSIDE CA. 92058
HOME OF RESIDENCE OF NEIGHBOR

Offense Description: Factual Basis for Charge    HAZMAT □
SIMPLE ASSAULT

### DEFENDANT INFORMATION

Last Name: MYLES
First Name: ERICA
MI: A

Tag No: NA   State: NA   Year: NA   Make/Model: NA   PASS □   COM □

☒ A APPEARANCE IS REQUIRED — If Box A is checked, you must appear in court. See instructions.
☐ B APPEARANCE IS OPTIONAL — If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

21-000059
Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ Total Collateral Due

### YOUR COURT DATE
Court Address: 221 W. BROADWAY SAN DIEGO CA 92101

X Defendant Signature: [signature]

Original - CVB Copy

CCN-03 JAN 21-19AS-0009268268    ENCLAVE(b)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on JAN 2, 2021 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

WHILE ASSIGNED UNIFORM PATROL UNIT ABOARD MARINE CORPS BASE CAMP PENDLETON, I WAS DISPATCHED TO A POSSIBLE ASSAULT IN PROGRESS. I ARRIVED ON SCENE AT 12 JENKINS CT RESPONDING AT EASTSIDE CONTACT WITH ONE OF VICTIMS WHO STATED SHE HAD BEEN PHYSICALLY ASSAULTED BY ERICA A. MYLES. THE VICTIM SUSTAINED SCRATCHES TO THE FACE AND A POSSIBLE INJURY TO THE OTHER VICTIM REQUIRING MEDICAL ATTENTION AND WAS TAKEN TO THE HOSPITAL FOR FURTHER EVALUATION. DURING THE PRELIMINARY INVESTIGATION ERICA A. MYLES SAID SHE HAD CONFRONTED HER NEIGHBOR AFTER DISCOVERING THAT HER HUSBAND AND NEIGHBOR WERE POSSIBLY HAVING AN AFFAIR. ERICA A. MYLES SAID A FIGHT BROKE OUT BETWEEN HER AND THE NEIGHBOR RESULTING IN ALL THE SCRATCHES LEFT ON THE NEIGHBOR'S FACE. ERICA A. MYLES WAS ARRESTED, BOOKED, CITED, AND RELEASED FOR SIMPLE ASSAULT. ERICA A. WAS ALSO BOOKED AS A POSSIBLE SUSPECT FOR DOMESTIC ASSAULT, BOTH ASSAULTS ARISING FROM ONE EVENT. SEE OTHER CITATION # 9268264.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 01/02/2021  Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 04/26/2021 14:23